CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
   San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>    Plaintiff,<br><br>  v.<br><br>**P & S Investment Holdings, LLC,** a California Limited Liability Company; **AKKA Corporation,** a California Corporation; and Does 1-10,<br><br>    Defendants. | Case 8:14-CV-01487-JVS-JCG<br><br>Judgment Re: Default Judgment |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Chris Langer shall have JUDGMENT in his favor in the amount of $7,925.00 against Defendants P & S Investment Holdings, LLC and AKKA Corporation.

Additionally, Defendants P & S Investment Holdings, LLC and AKKA Corporation, are ordered to provide accessible parking at the property located at or about 4502 E. Chapman Avenue, Orange, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: January 20, 2015

By: _____
United States District Judge

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff